UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       )   CIVIL ACTION NO.
RODSONGS, et al.                                       )   301CV166
                                                       )
            Plaintiffs,                                )
                                                       )
    vs.                                                )
                                                       )
HARTCOM, INC., and RICHARD                             )
WEAVER-BEY,                                            )
                                                       )
            Defendants                                 )   OCTOBER 28, 2004
                                                       )
-------------------------------------------------------x
```

## APPEARANCE

Please enter my appearance on behalf of all of the plaintiffs in the above-captioned matter in addition to the appearances already on file.

RESPECTFULLY SUBMITTED,
Plaintiffs Rodsongs, et al

By _____
Paul Guggina
(ct23409)
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone: 860-725-6200
Fax: 860-278-3802
Email: pguggina@tylercooper.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid to Hartcom Inc. and Richard Weaver-Bey, c/o Richard Weaver-Bey, Agent for Service, 60 Niles Street, Unit B-4, Hartford, CT 06103, and to Radio Station WKND, c/o Marian Anderson, General Manager, P.O. Box 1480, Windsor, CT 06095, and to Mark V. Connolly, Law Offices of Mark V. Connolly, 111 Simsbury Rd., Avon, CT 06001, on this the 28th day of October, 2004.

Paul Guggina