UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
RODSONGS, et al.                    )    CIVIL ACTION NO.
                                    )    301CV166
        Plaintiffs,                 )
                                    )
    vs.                             )
                                    )
HARTCOM, INC., and RICHARD          )
WEAVER-BEY,                         )
                                    )
        Defendants                  )    OCTOBER 28, 2004
                                    )
------------------------------------------------------x

## PETITION FOR JUDGMENT DEBTOR EXAMINATION

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Section 52-397 of the Connecticut General Statutes, the plaintiffs hereby respectfully request that the Court issue an order that the defendants Hartcom, Inc., and Richard Weaver-Bey appear before the Court for a judgment debtor examination.

Default judgment entered against the defendants in this matter on October 25, 2001, in the amount of $75,601.60. A Writ of Execution was issued February 27, 2002. The execution was returned unsatisfied. A copy of the returned execution is attached hereto as Exhibit A.

Section 52-397 of the Connecticut General Statutes provides that "[a]ny judgment debtor, an execution against whom has been returned unsatisfied in whole or in part . . . may be examined on oath, in the court location where the judgment was rendered . . . ." Although this statute refers to judgments in Superior Court, Rule 69(a) of the Federal Rules of Civil Procedure provides that "[t]he procedure on execution, in proceedings

supplementary to and in aid of a judgment, and in proceedings on and in aid of execution shall be in accordance with the practice and procedure of the state in which the district court is held." It further provides that "the judgment creditor . . . may obtain discovery from any person, including the judgment debtor, in the manner provided in these rules or in the manner provided by the practice of the state in which the district court is held."

Wherefore, the plaintiffs respectfully request an order that the judgment debtors appear before the Court at a time and date determined by the Court, to be examined under oath concerning the judgment debtor's property and means of paying the judgment entered against them.

RESPECTFULLY SUBMITTED,
Plaintiffs Rodsongs, et al

By _____
Paul Guggina
(ct23409)
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone: 860-725-6200
Fax: 860-278-3802
Email: pguggina@tylercooper.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------x
                                                          )
RODSONGS, et al.                                          )    CIVIL ACTION NO.
                                                          )    301CV166
                                                          )
        Plaintiffs,                                       )
                                                          )
    vs.                                                   )
                                                          )
HARTCOM, INC., and RICHARD                                )
WEAVER-BEY,                                               )
                                                          )
        Defendants                                        )    OCTOBER 28, 2004
                                                          )
----------------------------------------------------------x

## ORDER FOR JUDGMENT DEBTOR EXAMINATION

The Petition for Judgment Debtor Examination having been presented to the Court, it is ORDERED that the judgment debtors Hartcom, Inc., and Richard Weaver-Bey appear before the U.S. District Court, District of Connecticut, at New Haven, Connecticut, to be examined under oath concerning the judgment debtor's property and means of paying the judgment described in the Petition for Examination of Judgment Debtor at the following time, date and place:

        Time: _____ a.m. / p.m.

        Date: _____

        Place: _____

TO ANY PROPER OFFICER: By authority of the State of Connecticut, you are commanded to give notice of the pendency of this Petition and to summon the judgment debtor to appear at the time, date, and place set for the examination by serving on said judgment debtors, as prescribed by law for the service of civil process, a true and attested

copy of the foregoing Petition and of this order at least twelve days prior to the hearing date shown above.

Make service and return this Petition to the court at least six days prior to the hearing date shown above.


Signed _____          Date Signed_____
       Judge/Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid to Hartcom Inc. and Richard Weaver-Bey, c/o Richard Weaver-Bey, Agent for Service, 60 Niles Street, Unit B-4, Hartford, CT 06103, and to Radio Station WKND, c/o Marian Anderson, General Manager, P.O. Box 1480, Windsor, CT 06095, and to Mark V. Connolly, Law Offices of Mark V. Connolly, 111 Simsbury Rd., Avon, CT 06001, on this the 28th day of October, 2004.

_____
Paul Guggina

Exhibit A

State of Connecticut }
County of Hartford } SS: Bloomfield

Docket # 301CV166(BLG)

Then and by virtue hereof, I return the within execution

[X] Unsatisfied.
[ ] Partially satisfied in the amount of _____
[ ] Completely satisfied.

Attest: _____
Allan DeLorenzo
Connecticut State Marshal

No Accounts Found

FILED

UNITED STATES DISTRICT COURT  MAR 1 2 19 PM '02
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RODSONGS, BMG SONGS, INC., et al. ) | CIVIL ACTION NO. |
| ) | 301CV166(GLG) |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| HARTCOM, INC. AND RICHARD ) | |
| WEAVER-BEY, ) | |
| ) | |
| Defendants. ) | FEBRUARY 28, 2002 |

### MOTION FOR APPOINTMENT OF PERSON TO SERVE PROCESS

Plaintiffs move this Court to appoint Marshal Allan DeLorenzo, a qualified person residing in Bloomfield, Connecticut, and not a party to nor an attorney to this action, to serve a Writ of Execution upon the Defendants.

Dated at Hartford, Connecticut this 28th day of February, 2002.

PLAINTIFFS

By _____
Mark V. Connolly ct 05677
Tyler Cooper & Alcorn, LLP
CityPlace, 35th Floor
Hartford, CT 06103-3488
Tel. No. (860)725-6200
Fax No. (860) 278-3803
connolly@tylercooper.com

ORDERED ACCORDINGLY
BY THE COURT

Kevin F. Rowe, Clerk

By _____
Deputy-in-Charge Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION
## BANKING INSTITUTION

To the United States District Court for the District of Connecticut at New Haven, Connecticut, in connection with a judgment dated October 25, 2001 in the matter of *Rodsongs, et al. v. Hartcom Inc. and Richard Weaver-Bey*, Civil Action No. 301CV166(GLG)

**NAME OF BANKING INSTITUTION:**
Peoples Bank, Hartford Regional, 1 Financial Plaza, Hartford, CT 06103

**NAME OF JUDGMENT CREDITOR MAKING APPLICATION:** of (TOWN)
RODSONGS, BMG SONGS, INC., MILK MONEY MUSIC,
SNUG MUSIC, SWEET CITY RECORDS INC.
(BEMA MUSIC CO. DIVISION), BONIVA MUSIC, INC.,
EMI APRIL MUSIC, INC., MUSIC SALES CORP., EMI
VIRGIN MUSIC, INC., JOBETE MUSIC CO., INC.,
BLACK BULL MUSIC, INC., ODNIL MUSIC LIMITED,
FIFTY SIX HOPE ROAD, UNIVERSAL-POLYGRAM
INTERNATIONAL PUBLISHING, INC., TONY! TONI!
TONE! MUSIC, REVALEX MUSIC, SIX PALMS MUSIC
CORP., ZOMBA ENTERPRISES INC., WAYNE A.
BRATHWAITE MUSIC AND BARRY J. EASTMOND
MUSIC,

c/o ASCAP
One Lincoln Plaza
New York, NY 10023

Plaintiffs.

**NAME OF JUDGMENT DEBTORS:** of (TOWN)
HARTCOM, INC. / d/b/a WKND         544 Windsor Ave,    Windsor CT
And
RICHARD WEAVER-BEY                  49 Gilbert Street, Bloomfield CT

| | |
|---|---|
| 1. AMOUNT OF JUDGMENT: | $68,000.00 |
| 2. AMOUNT OF COSTS IN OBTAINING JUDGMENT: | $ 7,601.60 |
| 3. TOTAL JUDGMENT PLUS COSTS: | $75,601.60 |
| 4. TOTAL PAID ON ACCOUNT: | 00 |

5. INTEREST pursuant to 28 U.S.C. §1961 @ 2.37%
From October 25, 2001 to February 22, 2002 (121 days)
($ 4.90 per diem) to date of satisfaction                $   592.90

6. **TOTAL UNPAID JUDGMENT PLUS INTEREST THROUGH February 22, 2002:**                $ 76,194.50

By _/s/ Mark V. Connolly_          Dated: February 22, 2002
Mark V. Connolly, Esq. CT056677
Tyler Cooper & Alcorn, LLP
CityPlace, 35th Floor
Hartford, CT 06103-3488
Tel. No. (860) 725-6200
Attorney for Plaintiffs/Judgment Creditors

## BANKING EXECUTION

**TO ANY PROPER OFFICER:**

Whereas on said date of judgment the Judgment Creditors recovered judgment against the above-named Judgment Debtors before the above-named Court for the amount of damages and costs above, as appears of record, whereof execution remains to be done. These are thereby by **AUTHORITY OF THE UNITED STATES TO COMMAND YOU:**

Within seven (7) days from your receipt of this execution, make demand upon the main office of any banking institution having its main office within your precincts, or if such main office is not within your precincts and such banking institution has one or more branch offices within your precincts, upon an employee of such branch office, such employee and such branch office having been designated by the banking institution in accordance with regulations adopted by the banking commissioner, for payment to you pursuant to Section 52-367b of the Connecticut General Statutes and Public Act 83-384 for any nonexempt debt due said Judgment Debtors, which sum shall not exceed the total unpaid debt, damages and costs of said judgment as stated above, plus interest on the unpaid amount of said judgment from its date and until the time when this execution shall be satisfied, plus your own fee. After having made such demand, you are directed to serve a true and attested copy of this execution, together with the attached affidavit and exemption claim form, with your doings endorsed thereon, with the banking institution office upon whom such demand was made. Said sum shall be received by you and applied on this execution in accordance with the provisions of Section 52-367b of the Connecticut General Statutes.

**HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW.**

DATED: _2/27/02_

Kevin F. Rowe, Clerk
United States District Court

By _/s/_
Deputy Clerk

**EXEMPTION CLAIM FORM BANK EXECUTION**
JD-CV-24a Rev. 10-94
C.G.S. §§ 31-58(j), 52-321a, 52-350a, 52-352b, 52-361a,
52-367b, 29 U.S.C. 206(a)(1), P.A. 93-350, P.A. 94-141

**STATE OF CONNECTICUT**
**SUPERIOR COURT**



NAME AND ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY *(To be completed by plaintiff)*

> Richard Weaver-Bey
> 49 Gilbert Street
> Bloomfield, CT  06002

**SECTION I** *(To be completed by plaintiff)*

NAME AND ADDRESS OF COURT *(No., Street, Town and Zip Code)* United States District Court
141 Church Street, New Haven, CT  06510

| NAME OF JUDGMENT DEBTOR | DATE EXECUTION ISSUED | DOCKET NO. |
|---|---|---|
| Richard Weaver-Bey | | 301CV166(GLG) |

**SECTION II** *(To be completed by banking institution - see instructions on back)*

| NAME AND ADDRESS OF BANKING INSTITUTION TO WHICH EXEMPTION CLAIM (IF ANY) IS TO BE RETURNED | DATE OF MAILING TO JUDGMENT DEBTOR |
|---|---|
| | |

DESCRIPTION OF ACCOUNT(S) AND AMOUNT(S) REMOVED PURSUANT TO EXECUTION

**SECTION III**        **NOTICE TO JUDGMENT DEBTOR**

As a result of a judgment entered against you, the attached execution has been issued against funds deposited by you in the banking institution named above. In compliance with this execution, the banking institution has removed from the account(s) enumerated above the amount of money indicated above.

**THE MONEY IN YOUR ACCOUNT(S) MAY BE EXEMPT FROM EXECUTION** - The money in your account(s) may be protected from execution by state statutes or by other laws or regulations of this state or of the United States. A checklist and a description of the exemptions established by law are set forth on the reverse side of this page.

**HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW** - If you wish to claim that the money in your account(s) is exempt by law from execution, you must fill out and sign before a proper official the Affidavit of Claim of Exemption below and mail or deliver this exemption claim form to the <u>banking institution</u> at the above address. This form must be received by the banking institution no later than 15 days from the DATE OF MAILING TO THE JUDGMENT DEBTOR indicated above.

Upon receipt of this form the bank will forward it to the Superior Court and the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

**SECTION IV**        **AFFIDAVIT OF CLAIM OF EXEMPTION ESTABLISHED BY LAW**

I, the judgment debtor named above, hereby claim and certify under the penalty of false statement that the money in the above account(s) is exempt by law from execution as follows:

| ACCOUNT NUMBER | DESCRIBE CLAIMED EXEMPTION ESTABLISHED BY LAW |
|---|---|
| AMOUNT CLAIMED TO BE EXEMPT | |

| ACCOUNT NUMBER | DESCRIBE CLAIMED EXEMPTION ESTABLISHED BY LAW |
|---|---|
| AMOUNT CLAIMED TO BE EXEMPT | |

☐ Additional sheet(s) attached hereto and made a part hereof *(If necessary)*.

| SIGNED | DATE SIGNED | STATE OF CONNECTICUT, COUNTY OF  } ss |
|---|---|---|
| X | | |
| COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR | | SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 19 ____ |
| TELEPHONE NO. | | SIGNED *(Notary Public, Commissioner of Superior Court)* X |