**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

November 2, 2004

3:01cv166(RNC) Rodsongs, ete al v Hartcom, Inc., et al

NOTICE TO COUNSEL

WE HAVE TRANSFERRED THE ABOVE-CAPTIONED CASE FROM THE DOCKET OF THE HONORABLE GERARD L. GOETTEL, SENIOR UNITED STATES DISTRICT JUDGE, TO THE DOCKET OF THE HONORABLE ROBERT N. CHATIGNY, CHIEF UNITED STATES DISTRICT JUDGE, WHO SITS IN HARTFORD. COUNSEL SHOULD FILE ALL FUTURE FILINGS WITH THE OFFICE OF THE CLERK, 450 MAIN STREET, HARTFORD, CT 06103. THE INITIALS RNC SHOULD APPEAR AFTER THE CASE NUMBER.

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK