UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RODSONGS, ET AL., | : |
| | : |
|     Plaintiffs, | : |
| | : |
| v. | : CASE NO. 3:01CV166 (RNC) |
| | : |
| HARTCOM, INC., ET AL., | : |
| | : |
|     Defendants. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

\_\_\_   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

\_\_\_   To conduct settlement conferences (orefmisc./cnf);

\_\_\_   To conduct a prefiling conference (orefmisc./cnf);

\_\_\_   To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

\_X\_   A ruling on the following pending motions (orefm.):
Petition for Judgment Debtor Examination [doc. 18]
_____
_____

So ordered.

Dated at Hartford, Connecticut this       day of November 2004.

                                                                     /s/RNC
                                                       Robert N. Chatigny
                                            United States District Judge