```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT


RODSONGS, et al.,
          -Plaintiff

  -  v  -                        Civil No. 3:01CV166(RNC)(TPS)


HARTTCOM, INC. &
Richard Weaver-Bey,
          -Defendant
```

### ORDER

The plaintiff having filed a Motion to Examine Judgment Debtor and for a hearing on defendants' ability to pay the judgment rendered against the defendants, it is hereby:

ORDERED that the defendants, a representative of Hartcom, Inc. and Richard Weaver-Bey, appear before the undersigned at the United States District Court for the District of Connecticut in Hartford on March 2, 2005 at 10 a.m., and then and there be examined under oath concerning their assets and ability to pay the judgment.

ORDERED that the plaintiff shall give notice to the defendants of this hearing, and of the time and place it will be heard, by causing a copy of this order to be served upon them or their attorney on or before February 16, 2005.

The defendants are advised that failure to appear before the court at the scheduled time and place may subject them to being

held in contempt of court and/or having a *Writ of Capias* issued for their arrest.

**SO ORDERED.**

**Dated at Hartford, Connecticut, this 7th day of January, 2005.**

_____
**THOMAS P. SMITH
U.S. MAGISTRATE JUDGE**