UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 11  P 4:09
U.S. DISTRICT COURT
HARTFORD, CT

RODSONGS, ET AL.,  :
    Plaintiffs,  :
v.  :  CASE NO. 3:01CV166 (RNC)
HARTCOM, INC., ET AL.,  :
    Defendants.  :

## REFERRAL TO MAGISTRATE JUDGE

The referral of the Motion for Judgment Debtor Exam [doc. 18] to Magistrate Judge Donna F. Martinez is hereby vacated.

This case is hereby referred to Magistrate Judge **Thomas P. Smith** for the following:

___  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___  To supervise discovery and resolve discovery disputes;

___  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___  To conduct settlement conferences;

___  To conduct a prefiling conference;

___  To assist the parties in preparing a joint trial memorandum;

_X_  A ruling on the following pending motions:
Motion for Judgment Debtor Exam [doc. 18]

So ordered.

Dated at Hartford, Connecticut this _11_ day of January 2005.

Robert N. Chatigny
United States District Judge