UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       )     CIVIL ACTION NO.
RODSONGS, et al.                                       )     301CV166
                                                       )
          Plaintiffs,                                  )
                                                       )
   vs.                                                 )
                                                       )
HARTCOM, INC., and RICHARD                             )
WEAVER-BEY,                                            )
                                                       )
          Defendants                                   )     MARCH 2, 2005
                                                       )
-------------------------------------------------------x
```

## APPEARANCE

Please enter my appearance on behalf of all of the plaintiffs in the above-captioned matter in addition to the appearances already on file.

RESPECTFULLY SUBMITTED,
Plaintiffs Rodsongs, et al

By_____
W. Joe Wilson (ct22292)
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone: 860-725-6200
Fax: 860-278-3802
Email:jwilson@tylercooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid to Hartcom Inc. and Richard Weaver-Bey, c/o Richard Weaver-Bey, Agent for Service, 60 Niles Street, Unit B-4, Hartford, CT 06103, and to Radio Station WKND, c/o Marian Anderson, General Manager, P.O. Box 1480, Windsor, CT 06095 on this the 2nd day of March, 2005.

_W. Joe Wilson_
W. Joe Wilson