UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RODSONGS, et al | : | CIVIL ACTION NO. |
| | : | 301CV166 (GLG) |
| Plaintiffs, | : | |
| v. | : | |
| HARTCOM, INC. and RICHARD WEAVER-BEY, | : | |
| Defendants | : | May 19, 2006 |

## NOTICE OF SATISFACTION OF JUDGMENT

Plaintiffs Rodsongs, BMG Songs, Inc., Milk Money Music, Snug Music, Sweet City Records, Inc. (BEMA Music Co. Division), Bovina Music, Inc., EMI April Music, Inc., Music Sales Corp., EMI Virgin Music, Inc., Jobete Music Co., Inc., Black Bull Music, Inc., Odnil Music Limited, Fifty Six Hope Road, Universal-Polygram International Publishing, Inc., Tony! Toni! Tone! Music, Revalex Music, Six Palms Music Corp., Zomba Enterprises, Inc., Wayne A. Brathwaite Music and Barry J. Eastmond Music, for themselves and through their undersigned counsel hereby notify this Court of the satisfaction of Judgment Ordered by Judge Gerard L. Goettel on October 23, 2001.

PLAINTIFFS,
RODSONGS, et al.

By _____
W. Joe Wilson
Federal Bar No. ct22292
Tyler Cooper & Alcorn, LLP
CityPlace – 35th Floor
Hartford, CT  06103-3488
Tel.: (860) 725-6200
Fax:  (860) 278-3802
Email: jwilson@tylercooper.com

Their Attorney

**CERTIFICATION**

      This is to certify that on May 19, 2006, a copy of the foregoing was sent, via U.S. Mail, postage prepaid to:

Saundra Kee Borges, Esq.
Kee Borges & Silvestri
56 Arbor Street
Hartford, CT  06105

                                                        _____
                                                        W. Joe Wilson

JC00001152V001.doc